**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01149-LTB-PAC

NICOLE SPARANO,

        Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,

        Defendant.
_____

**ORDER OF DISMISSAL**
_____


THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 9 - filed August 21, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:


                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED:   August 22, 2006